IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00336-BO-BM

| | |
|---|---|
| MORRIS et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | **MOTION TO WITHDRAW** |
| ) | (Attorney Asa C. Edwards IV) |
| CROSSCOUNTRY MORTGAGE, LLC et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to Local Civil Rule 5.2(e), the undersigned counsel for Plaintiffs, Asa C. Edwards IV, has left private practice and moves to withdraw and terminate his appearance in this action. This action is in an early stage in that Defendant CrossCountry's Motion to Dismiss is pending and was submitted District Judge Terrence W. Boyle on July 21, 2023. Plaintiffs Joshua Morris and Amanda Morris consent to this motion and will continue to be represented by Edward Maginnis of the undersigned's former firm, MaginnisHoward. Plaintiffs' physical address is 1520 Lynch Rd., Selma 27576; and Plaintiffs can be contacted through counsel at MaginnisHoward at 7706 Six Forks Rd., Raleigh, North Carolina, 27613.

This the 21st day of July, 2023.

s/ Asa C. Edwards IV
Asa C. Edwards IV (NC 46000)
Special Deputy Attorney General
North Carolina Department of Justice
Consumer Protection Division
P.O. Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6000
Fax: (919) 716-6050
aedwards@ncdoj.gov
Withdrawing Counsel for Plaintiffs

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed and served upon all parties through their counsel of record via the court's CM/ECF system.

This the 21st day of July, 2023.

s/ Asa C. Edwards IV