IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION No. 5:22-cv-00336-BO-BM

| | |
|---|---|
| AMANDA MORRIS AND JOSHUA MORRIS, *individually and on behalf of themselves and all others similarly situated,*<br><br>    Plaintiffs,<br><br>*v.*<br><br>CROSSCOUNTRY MORTGAGE, LLC, RALEIGH REALTY INC. (F/K/A Raleigh Realty, LLC),<br><br>    Defendants. | **JOINT MOTION FOR<br>PROTECTIVE ORDER** |

Plaintiffs Amanda and Joshua Morris and Defendants CrossCountry Mortgage, LLC, and Raleigh Realty, Inc. jointly move pursuant to Federal Rule of Civil Procedure 26(c) that the Court enter the attached Consent Protective Order on the grounds that certain information subject to discovery in this case is of a proprietary and confidential nature such that the parties request this material remain confidential pursuant to the terms of the attached proposed order.

This 30th day of July, 2024.

| **MAGINNIS HOWARD** | **WILLKIE FARR & GALLAGHER** |
|---|---|
| /s/ *Edward H. Maginnis*<br>Edward H. Maginnis<br>N.C. State Bar No. 39317<br>7706 Six Forks Road, Suite 101<br>Raleigh, North Carolina 27615<br>Tel:  919-526-0450<br>Fax:  919-882-8763<br>emaginnis@carolinalaw.com<br><br>*Counsel for Plaintiffs* | /s/ *Debra Bogo-Ernst*<br>Debra Bogo-Ernst<br>Illinois License No. 6271962<br>Joseph Mario G. Buccilli<br>Illinois License No. 6338768<br>Nathan Pflaum<br>Illinois License No. 6346439<br>300 North LaSalle Drive<br>Chicago, IL  60654<br>Tel:  (312) 728-9062<br>Fax:  (312) 728-9199<br>DErnst@willkie.com<br>JBuccilli@willkie.com |

NPflaum@willkie.com

*Lead Counsel for Defendant CrossCountry Mortgage, LLC by Special Appearance Pursuant to Local Rule 83.1(e)*


/s/ Mary K. Mandeville
Mary K. Mandeville
**ALEXANDER RICKS PLLC**
1420 E. 7th Street, Suite 100
Charlotte, NC 28204
Tel: (704) 200-2635
Fax: (704) 365-3676
Mary@alexanderricks.com
N.C. State Bar No. 15959

*Local Civil Rule 83.1(d) Counsel for Defendant CrossCountry Mortgage, LLC*

**PARRY LAW, PLLC**

*Counsel for Defendant Raleigh Realty, Inc.*

/s/ Jonah A. Garson
K. Alan Parry
N.C. State Bar No. 31343
Jonah A. Garson
N.C. State Bar No. 55547
100 Europa Drive, Suite 351
Chapel Hill, NC 27517
Tel: (919) 913-3320
Fax: (919) 869-2600
E-mail: kap@parryfirm.com
E-mail: jag@parryfirm.com