IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-336-BO-BM

| | |
|---|---|
| AMANDA MORRIS, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> CROSSCOUNTRY MORTGAGE, LLC; <br> RALEIGH REALTY, INC. (f/k/a Raleigh Realty, LLC), <br> Defendants. | ) <br> ) <br> ) <br> )     <u>O R D E R</u> <br> ) <br> ) <br> ) <br> ) <br> ) |

The Court has been advised that the parties have settled all remaining matters in controversy among them. [DE 73]. The parties are therefore DIRECTED to file a stipulation of dismissal within forty-five (45) days of the date of entry of this order, subject to the right of any party to provide notice to the Court within that time that the settlement will not be consummated. Failure to comply with this order will result in this matter being dismissed with prejudice at the close of the forty-five day period.

SO ORDERED, this 27 day of May 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE