UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:22-CV-336-BO-BM

| | |
|---|---|
| AMANDA MORRIS, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CROSSCOUNTRY ) <br> MORTGAGE, LLC, et al., ) <br> ) <br> Defendants. ) | **ORDER** |

The Court has been advised that the parties have reached a complete settlement of the case. The parties are therefore DIRECTED to file a stipulation of dismissal within sixty (60) days of the date of this order, subject to the right of any party to provide notice to the Court within that time that the settlement will not be consummated. Failure to comply with this order will result in this matter being dismissed with prejudice at the close of the sixty-day period.

SO ORDERED, this __3__ day of june, 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE