IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-CV-336

| | |
|---|---|
| AMANDA MORRIS and JOSHUA MORRIS, *individually and on behalf of themselves and all others similarly situated*, </br></br> Plaintiffs, </br></br> v. </br></br> CROSSCOUNTRY MORTGAGE, LLC, and RALEIGH REALTY INC. (f/k/a Raleigh Realty, LLC), </br></br> Defendants. | **STIPULATION OF DISMISSAL** |

Plaintiffs Amanda and Joshua Morris, Defendant CrossCountry Mortgage, LLC, and Defendant Raleigh Realty Inc. (f/k/a Raleigh Realty, LLC) hereby stipulate to the dismissal of: (i) Plaintiffs' claims in the above-captioned lawsuit with prejudice; and (ii) the putative class members' claims without prejudice. All parties will bear their own fees and costs.

Respectfully submitted this the 24th day of June, 2025.

| **MAGINNIS HOWARD** | **WILLKIE FARR & GALLAGHER** |
|---|---|
| */s/ Edward H. Maginnis* </br> EDWARD H. MAGINNIS </br> N.C. State Bar No. 39317 </br> 7706 Six Forks Road, Suite 101 </br> Raleigh, North Carolina 27615 </br> Tel: 919-526-0450 </br> Fax: 919-882-8763 </br> emaginnis@carolinalaw.com </br></br> *Counsel for Plaintiffs* | */s/ Debra Bogo-Ernst* </br> DEBRA BOGO-ERNST </br> IL License No. 6271962 </br> 300 North LaSalle Drive </br> Chicago, Illinois 60654 </br> Tel: 312-728-9062 </br> Fax: 312-728-9199 </br> dernst@willkie.com </br></br> *Counsel for Defendant CrossCountry Mortgage, LLC by Special Appearance pursuant to Local Rule 83.1(e).* |

**ALEXANDER RICKS PLLC**

/s/ *Mary K. Mandeville*
MARY K. MANDEVILLE
N.C. State Bar No. 15959
1420 E. 7th Street, Suite 100
Charlotte, North Carolina 28204
Tel:     704-200-2635
Fax:    704-365-3676
mary@alexanderricks.com

*Local Rule 83.1(d) Counsel for Defendant CrossCountry Mortgage, LLC*


**PARRY LAW, PLLC**

/s/ *Jonah A. Garson*
JONAH A. GARSON
N.C. State Bar No. 55547
K. ALAN PARRY
N.C. State Bar No. 31343
100 Europa Drive, Suite 351
Chapel Hill, North Carolina 27517
Tel:     919-913-3320
Fax:    919-869-2600
kap@parryfirm.com
jag@parryfirm.com

*Counsel for Defendant Raleigh Realty, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation of Dismissal has been electronically filed with the Clerk of Court by using the CM/ECF system, which will send notice of the filing to all parties of record.

Dated this the 24th day of June, 2025.

MAGINNIS HOWARD

*/s/ Edward H. Maginnis*
EDWARD H. MAGINNIS

*Counsel for Plaintiffs*